# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 09-260(1) (DWF/RLE) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Kelly James Michael Jones, | |
| Defendant. | |

Leshia M. Lee-Dixon, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Andrea K. George, Assistant Federal Defender, Office of the Federal Defender, counsel for Defendant.

---

Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED**:

That the Motion of the Defendant to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 18) is **DENIED**.

Dated: December 2, 2009          s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge